IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LOGICAL SYSTEMS, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:08-cv-0465-UWC** |
| **ENTEGREAT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM OPINION ON MOTION TO STAY**

Before the Court is Defendant Entegreat Inc.'s ("Entegreat") Motion to Stay (Doc. 8), Plaintiff Logical Systems Inc.'s ("LSI") Opposition to the Motion to Stay and Motion for Judgment on the Pleadings (Doc. 9), and Entegreat's Reply (Doc. 15.)

Although the stay pending the resolution of the Colorado litigation requested by Entegreat would probably preserve the resources of the parties and the Court, the motion is due to be DENIED because, under Eleventh Circuit precedent, it would be indefinite and would "expire only after the conclusion of litigation" elsewhere. *See King v. Cessna Aircraft Co.*, 505 F.3d 1160, 1172 (11th Cir. 2007); *see also Trujillo v. Conover & Co. Comm'cn.s*, 221 F.3d 1262, 1270 (11th Cir. 2000) (holding that the district court abused its discretion in granting a

stay pending resolution of litigation in another forum).  Likewise, the Court is disinclined to grant the modified, 120 day stay suggested by Entegreat.  The stay would still be contingent upon the outcome of litigation in another forum and would thus, still run afoul of the principles outlined above.

In addition , LSI's Motion for Judgment on the Pleadings (Doc. 9) is due to be DENIED as well.  As Entegreat rightly points out, Entegreat's so-called admission of liability on the Subcontract Agreement occurred in its Motion to Stay—not in any pleading contemplated by Rule 7(a), which limits "pleadings" to a complaint, an answer, a reply to a counterclaim, an answer to a cross claim, a third party complaint, or a third party answer.  In addition, the Court simply disagrees with LSI's characterization of Entrgreat's so-called admission.  Accordingly, the Motion for Judgment on the Pleadings (Doc. 9) is hereby DENIED.

Done the 24th day of June, 2008.

/s/ U.W. Clemon
U.W. Clemon
United States District Judge